**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**RONNIE NIXON, JR.**                                                                                   **PLAINTIFF**

**v.**                                       **Case No. 3:20-cv-00264-LPR**

**KEVIN MOLDER,** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on September 2, 2020, it is considered, ordered, and adjudged that Plaintiff Ronnie Nixon, Jr.'s Complaint (Doc. 2) is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 3rd day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE